1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA ELECTRIC, INC., a California Corporation,<br><br>Defendants. | CASE NO.: C06-07350 JW HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PR~~OPOSE~~D ORDER<br><br>Date:  March 19, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>       The Honorable James Ware |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Plaintiffs are filing a Request for Entry of Default against Defendant VILLA ELECTRIC, INC., a California Corporation.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued

---

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

until June 4, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: March 12, 2007

*Sue Campbell*
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to June 4, 2007, at 10:00 a.m., in Courtroom 8, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: March 15, 2007

*James Ware*
JUDGE OF THE U.S. DISTRICT COURT