SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA ELECTRIC, INC., a California Corporation,<br><br>Defendants. | CASE NO.: C06-07350 JW HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date: June 4, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>The Honorable James Ware |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. A Request for Entry of Default was taken against Defendant VILLA ELECTRIC, INC., a California Corporation, on April 2, 2007. Defendants contacted Plaintiffs and requested a payment schedule. Plaintiffs prepared a stipulation for entry of judgment, however Defendants have not returned the signed document and have not made payment. Therefore, Plaintiffs are proceeding with a default judgment hearing and will schedule it for July 23, 2007.

///

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to continue with a Request for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued until August 6, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: May 21, 2007

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

In light of the anticipated Motion for Default Judgment set for July 23, 2007, the Court VACATES the case management conference presently scheduled for June 4, 2007.

Dated: May 31, 2007

JAMES WARE
United States District Judge

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER